UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Linda Dunn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10165-DRH |
| *Nancy Elliott, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10276-DRH |
| *Angela Glew v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11900-DRH |
| *Celeste Hoffman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10639-DRH |
| *Tammekia Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10412-DRH |
| *Cathy Kirsch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10635-DRH |
| *Shelly Konieczny, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10524-DRH |
| *Lori Martinez, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10845-DRH |
| *Kelley Newman, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13824-DRH |
| *Erin Powers v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10895-DRH |
| *Annya Castillo Reyes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10839-DRH |
| *Jeanette Taurozzi v. Bayer HealthCare* | No. 11-cv-20058-DRH |

| | |
|---|---|
| *Pharmaceuticals Inc., et al.* | |
| *Augusta Waggoner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10990-DRH |
| *Shannon Warona, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10276-DRH |
| *Latonya Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10214-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 14, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

Digitally signed by Judge David R. Herndon
Date: 2015.12.16 13:03:02 -06'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT